```
QUIN DENVIR, Bar #49374
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE JUAN ORTEGA-FIGUEROA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) | Case No. CR.S-05-170-MCE |
| Plaintiff, ) ) | **STIPULATION AND ORDER** |
| v. ) ) | DATE: June 7, 2005 |
| JOSE JUAN ORTEGA-FIGUEROA, ) ) | TIME: 8:30 a.m. |
| Defendant. ) ) ) | JUDGE: Hon. Morrison C. England, Jr. |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JOSE JUAN ORTEGA-FIGUEROA, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of May 24, 2005 at 8:30 a.m. be vacated and that a further status conference be set for June 7, 2005 at 8:30 a.m.

This continuance is being requested because the parties are waiting for the distribution of a pre-plea presentence report to enable the prosecution to provide a plea agreement pursuant to this district's fast-track policy.  Once the report and plea agreement are received, defense counsel will need to discuss both of them with Mr. Ortega-Figueroa and provide them to the Court.

1 Speedy trial time is to be excluded from the date of this order
2 through the date of the status conference set for June 7, 2005,
3 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4 prepare] (Local Code T4).

5 DATED: May 23, 2005.                    Respectfully submitted,

6                                          QUIN DENVIR
                                           Federal Defender
7
                                           /s/ Rachelle Barbour
8                                         _____
                                           RACHELLE BARBOUR
9                                          Assistant Federal Defender
                                           Attorney for Defendant
10                                         JOSE JUAN ORTEGA-FIGUEROA

11

12                                         McGREGOR SCOTT
                                           United States Attorney
13

14
                                           /s/ Rachelle Barbour for Jason Hitt
15 DATED: May 23, 2005.                   _____
                                           JASON HITT
16                                         Assistant U.S. Attorney

17
                          _____**O R D E R**
18
    **IT IS SO ORDERED.**
19

20 DATED: May 24, 2005.

21

22                                         _____
23                                         MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE
24

25

26

27

28

**2**