```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JOSE JUAN ORTEGA-FIGUEROA
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )
                                 )    Case No. CR.S-05-170-MCE
12                  Plaintiff,   )
                                 )    STIPULATION AND ORDER
13           v.                  )
                                 )    DATE: June 21, 2005
14  JOSE JUAN ORTEGA-FIGUEROA,   )    TIME: 8:30 a.m.
                                 )    JUDGE: Hon. Morrison C. England, Jr.
15                  Defendant.   )
                                 )
16  _____ )

17
```

18      It is hereby stipulated and agreed to between the United States of
19 America through JASON HITT, Assistant U.S. Attorney, and defendant,
20 JOSE JUAN ORTEGA-FIGUEROA, by and though her counsel, RACHELLE BARBOUR,
21 Assistant Federal Defender, that the status conference of June 7, 2005
22 at 8:30 a.m. be vacated and that a further status conference be set for
23 June 21, 2005 at 8:30 a.m.
24      This continuance is being requested because the parties are
25 waiting for the distribution of a pre-plea presentence report to enable
26 the prosecution to provide a plea agreement pursuant to this district's
27 fast-track policy.  Once the report and plea agreement are received,
28 defense counsel will need to discuss both of them with Mr. Ortega-

1  Figueroa and provide them to the Court.  Further, undersigned defense
2  counsel will be going on maternity leave the week of June 6 and will
3  need to arrange for transfer of the case to another attorney in her
4  office.
5       Speedy trial time is to be excluded from the date of this order
6  through the date of the status conference set for June 21, 2005,
7  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
8  prepare] (Local Code T4).

9  DATED: June 9, 2005.            Respectfully submitted,

10                                 QUIN DENVIR
                                   Federal Defender
11
                                   /s/ Rachelle Barbour
12                                 _____
                                   RACHELLE BARBOUR
13                                 Assistant Federal Defender
                                   Attorney for Defendant
14                                 JOSE JUAN ORTEGA-FIGUEROA

15                                 McGREGOR SCOTT
                                   United States Attorney
16                                 /s/ Rachelle Barbour for Jason Hitt
   DATED: June 9, 2005.            _____
17                                 JASON HITT
18                                 Assistant U.S. Attorney

19

20                                 **O R D E R**
21
   **IT IS SO ORDERED.**
22

23  DATED: June 7, 2005.           _____
                                   Honorable Morrison C. England, Jr.
24                                 UNITED STATES DISTRICT COURT JUDGE

**2**