```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  MARK J. REICHEL, Bar #155034
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JOSE JUAN ORTEGA-FIGUEROA
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-05-0170-MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: June 28, 2005 |
| JOSE JUAN ORTEGA-FIGUEROA, ) | TIME: 8:30 a.m. |
| ) | JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JOSE JUAN ORTEGA-FIGUEROA, by and though her counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference of June 21, 2005 at 8:30 a.m. be vacated and that a further status conference be set for June 28, 2005 at 8:30 a.m.

This continuance is being requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 28, 2005,

```
 1  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
 2  prepare] (Local Code T4).
 3  DATED: June 20, 2005.              Respectfully submitted,
 4                                     QUIN DENVIR
                                       Federal Defender
 5
                                       /s/ MARK J. REICHEL
 6                                     _____
                                       MARK J. REICHEL
 7                                     Assistant Federal Defender
                                       Attorney for Defendant
 8                                     JOSE JUAN ORTEGA-FIGUEROA
 9
10                                     McGREGOR SCOTT
                                       United States Attorney
11
12
                                       /s/ MARK J. REICHEL for Jason Hitt
13  DATED: June 20, 2005.              _____
                                       JASON HITT
14                                     Assistant U.S. Attorney
15
                              O R D E R
16
         IT IS SO ORDERED.
17
18  DATED: June 20, 2005.
19
20
21                                 _____
                                   MORRISON C. ENGLAND, JR
22                                 UNITED STATES DISTRICT JUDGE
```

**2**