```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  MARK J. REICHEL, Bar #155034
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    JOSE JUAN ORTEGA-FIGUEROA
 6

 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-05-0170-MCE |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | DATE: August 16, 2005 |
| JOSE JUAN ORTEGA-FIGUEROA, | ) | TIME: 8:30 a.m. |
| | ) | JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, JOSE JUAN ORTEGA-FIGUEROA, by and though his counsel, MARK J. REICHEL, Assistant Federal Defender, that the status conference of July 26, 2005 at 8:30 a.m. be vacated and that a further status conference be set for August 16, 2005 at 8:30 a.m.

This continuance is being requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 16, 2005,

1 | pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
2 | prepare] (Local Code T4).
3 | DATED: July 29, 2005.            Respectfully submitted,
4 |                                  QUIN DENVIR
  |                                  Federal Defender
5 |
  |                                  /s/ MARK J. REICHEL
6 |                                  _____
  |                                  MARK J. REICHEL
7 |                                  Assistant Federal Defender
  |                                  Attorney for Defendant
8 |                                  JOSE JUAN ORTEGA-FIGUEROA
9 |
10|                                  McGREGOR SCOTT
  |                                  United States Attorney
11|
12|
  |                                  /s/ MARK J. REICHEL for
13| DATED: July 29, 2005.            _____
  |                                  MICHAEL BECKWITH
14|                                  Assistant U.S. Attorney
15|
  |                                   **O R D E R**
16|
  |     **IT IS SO ORDERED.**
17|
18| DATED: July 27, 2005
19|
20|                                  _____
21|                                  MORRISON C. ENGLAND, JR
22|                                  UNITED STATES DISTRICT JUDGE
23|
24|
25|
26|
27|
28|