QUIN DENVIR, Bar #49374
Federal Defender
MARK J. REICHEL, Bar #155034
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JOSE JUAN ORTEGA-FIGUEROA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S-05-170-MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER** |
| JOSE JUAN ORTEGA-FIGUEROA, | ) | DATE: September 20, 2005 |
|  | ) | TIME: 8:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Morrison C. England, Jr. |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney, and defendant, JOSE JUAN ORTEGA-FIGUEROA, by and though his counsel, MARK REICHEL, Assistant Federal Defender, that the status conference of September 6, 2005 at 8:30 a.m. be vacated and that a further status conference be set for September 20, 2005 at 8:30 a.m.

This continuance is being requested to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for September 20, 2005, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 2, 2005.         Respectfully submitted,

                                  QUIN DENVIR
                                  Federal Defender

                                  /s/ MARK J. REICHEL
                                  _____
                                  MARK J. REICHEL
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSE JUAN ORTEGA-FIGUEROA


                                  McGREGOR SCOTT
                                  United States Attorney


                                  /s/ MARK J. REICHEL for Jason Hitt
DATED: September 2, 2005.         _____
                                  JASON HITT
                                  Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: September 6, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**2**